IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,                           Case No. 3:15-cr-2

        Plaintiff,
-vs-                                                Magistrate Judge Ovington

Richard Rounds

        Defendant.

FILED 15 MAY 20 PM 2:44 SHARON L. OVINGTON UNITED STATES MAGISTRATE JUDGE

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, Richard Rounds, hereby waives his/her right to a speedy trial in order to pursue alternative disposition of some or all charges. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 5-20-15

                                                                         United States Magistrate Judge

Defendant: Richard F Rounds

Defense Counsel: _____